IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02520-RBJ-KMT

PROFESSIONAL BULL RIDERS, INC.,
A Colorado corporation,

    Plaintiff/Counter Defendant,

v.

STERLING PRODUCTIONS, L.P.,
A North Carolina limited partnership,

    Defendant/Counter Claimant.

---

### ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT'S COUNTERCLAIM
---

THIS MATTER, having come before the Court upon Stipulation for Dismissal with Prejudice of Defendant's Counterclaim, and the Court being fully advised thereon:

HEREBY ORDERS the motion is GRANTED. Defendant's Counterclaim is hereby dismissed with prejudice.

Done this 4th day of February, 2013.

BY THE COURT

_____
R. Brooke Jackson
United States District Judge